1  Felipe R. Parker (SBN 246212)
2  The Law Office of Felipe Parker
3  405 49th Street
   Oakland, CA 94609
4  Main:  415.484.1448
   Fax:   415.294.2888
5  info@fparkerlaw.com
6
7  Attorney for Plaintiff
   Gregory Talbot
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

12 | GREGORY TALBOT, an individual, | CASE NO. C 08-00106 MMC
13 |                                |
14 |            Plaintiff,          | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CALL CENTER RESOURCES, INC.**
15 |     vs.                        |
   | CORPORATE COLLECTION           |
16 | SERVICES, INC., an Ohio corporation, |
   | and                            |
17 | CALL CENTER RESOURCES, INC., an |
18 | Ohio corporation,              |
19 |                                |
   |            Defendants.         |
20

21     I, Felipe R. Parker, declare as follows:
22 1.  I served copies of the following documents:
23     a. Summons;
24     b. Complaint;
25     c. Notice of Availability of Magistrate Judge (with blank consent form);
26     d. Order Setting Initial Case Management Conference and ADR deadlines;
27     e. Standing Order for Cases Assigned to Honorable Maxine M. Chesney;
28

1       f. Standing Order for All Judges of the Northern District of California Regarding
2   Contents of Joint Case Management Statement.
3       g. ECF Registration Information Handout
4   2.    The person served was Jack Grdina, CEO of Defendant CALL CENTER
5   RESOURCES, INC.
6   3.    The papers were served at 23220 Chagrin Blvd. #400, Beachwood, OH 44122.
7   4.    I served the person named in Paragraph 2 by mailing the documents described in
8   Paragraph 1 to an address outside of California by **Certified First-Class Mail Return-**
9   **receipt Requested (Article No. 7007 1490 0000 3895 9132)** on January 10, 2008.
10  Attached as Exhibit A is a true and correct copy of the signed return receipt.
11  5.    At the time of service I was at least 18 years of age and not a party to this action.
12  6.    My business address is: 405 49th Street, Oakland, CA 94609
13  7.    My business telephone number is: 415 484 1448
14  8.    I charged no fee for this service and am not a registered California process server.
15  9.    I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 24, 2008

Felipe R. Parker

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) [signature]   C. Date of Delivery 1/14/08 |
| 1. Article Addressed to:<br><br>JACK GRDINA<br>CEO<br>CORPORATE COLLECTION SERVICES INC.<br>23220 CHAGRIN BLVD #400<br>BEACHWOOD, OH 44122 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 1490 0000 3895 9125 ||
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 ||

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) [signature]   C. Date of Delivery 1/13/08 |
| 1. Article Addressed to:<br><br>JACK GRDINA<br>CEO<br>CALL CENTER RESOURCES INC.<br>23220 CHAGRIN BLVD #400<br>BEACHWOOD, OH 44122 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 1490 0000 3895 9132 ||
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 ||

**Exhibit A**