1  Felipe R. Parker (SBN 246212)
2  The Law Office of Felipe Parker
   405 49th Street
3  Oakland, CA 94609
4  Main:  415.484.1448
   Fax:   415.294.2888
5  info@fparkerlaw.com
6
   Attorney for Plaintiff
7  Gregory Talbot
8

9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11

| GREGORY TALBOT, an individual, | CASE NO. C 08-00106 MMC |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CORPORATE COLLECTION SERVICES, INC.** |
| vs. | |
| CORPORATE COLLECTION SERVICES, INC., an Ohio corporation, and | |
| CALL CENTER RESOURCES, INC., an Ohio corporation, | |
| Defendants. | |

21      I, Felipe R. Parker, declare as follows:
22  1.  I served copies of the following documents:
23      a. Summons;
24      b. Complaint;
25      c. Notice of Availability of Magistrate Judge (with blank consent form);
26      d. Order Setting Initial Case Management Conference and ADR deadlines;
27      e. Standing Order for Cases Assigned to Honorable Maxine M. Chesney;
28

1  f. Standing Order for All Judges of the Northern District of California Regarding
2  Contents of Joint Case Management Statement.
3  g. ECF Registration Information Handout
4  2. The person served was Jack Grdina, CEO of Defendant CORPORATE
5  COLLECTION SERVICES, INC.
6  3. The papers were served at 23220 Chagrin Blvd. #400, Beachwood, OH 44122.
7  4. I served the person named in Paragraph 2 by mailing the documents described in
8  Paragraph 1 to an address outside of California by **Certified First-Class Mail Return-**
9  **receipt Requested (Article No. 7007 1490 0000 3895 9125)** on January 10, 2008.
10 Attached as Exhibit A is a true and correct copy of the signed return receipt.
11 5. At the time of service I was at least 18 years of age and not a party to this action.
12 6. My business address is: 405 49th Street, Oakland, CA 94609
13 7. My business telephone number is: 415 484 1448
14 8. I charged no fee for this service and am not a registered California process server.
15 9. I declare under penalty of perjury that the foregoing is true and correct.

17 DATED: January 24, 2008

Felipe R. Parker

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 1/14/08 |
| 1. Article Addressed to:<br>JACK GRDINA<br>CEO<br>CORPORATE COLLECTION SERVICES INC.<br>23220 CHAGRIN BLVD #400<br>BEACHWOOD, OH 44122 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0000 3895 9125 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 1/13/08 |
| 1. Article Addressed to:<br>JACK GRDINA<br>CEO<br>CALL CENTER RESOURCES INC.<br>23220 CHAGRIN BLVD #400<br>BEACHWOOD, OH 44122 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0000 3895 9132 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

Exhibit A