1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants CORPORATE COLLECTION SERVICES, INC., and CALL CENTER
6  RESOURCES, INC.

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY TALBOT,                         | Case No.:  C08-00106 MMC
12 |        Plaintiff,                       | **CERTIFICATION AND NOTICE TO INTERESTED PARTIES**
13 | v.                                      |
14 | CORPORATE COLLECTION SERVICES, INC.,    |
   | an Ohio corporation and CALL CENTER     |
15 | RESOURCES, INC., an Ohio corporation,   |
16 |        Defendants.                      |

- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

1  The undersigned, counsel of record for Defendants CORPORATE COLLECTION SERVICES,
2  INC., and CALL CENTER RESOURCES, INC., certify that the following listed parties have a direct,
3  pecuniary interest in the outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal.

5    1.    GREGORY TALBOT, Plaintiff

6    2.    CORPORATE COLLECTION SERVICES, INC., Defendant; and

7    3.    CALL CENTER RESOURCES, INC., Defendant.

Dated: April 3, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By   /s Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendants
CORPORATE COLLECTION SERVICES, INC., and
CALL CENTER RESOURCES, INC.

- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 3, 2008, I served the following document(s) on the parties in the within action:

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Felipe R. Parker<br>The Law Office of Felipe Parker<br>405 49th Street<br>Oakland, CA 94609 | Attorneys for Plaintiff<br>Gregory Talbot |
|---|---|

a

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 3, 2008.

By: _____
Jennifer E. Mueller