Felipe R. Parker (SBN 246212)

The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:   415.484.1449
Fax:    415.294.2888
info@fparkerlaw.com

Attorney for Plaintiff
Gregory Talbot

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TALBOT,<br><br>        Plaintiff,<br><br>   v.<br><br>CORPORATE COLLECTION<br>SERVICES, INC., et al.,<br><br>        Defendants. | CASE NO. CV 08 106 MMC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 3, 2008                    THE LAW OFFICE OF FELIPE PARKER


/s/_____
Felipe R. Parker
Attorney for Plaintiff
Gregory Talbot