**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Talbot,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Corporate Collection Services, Inc,<br><br>　　　　　　Defendant(s). | 08-00106 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Thomas J. Losavio**
> Low Ball & Lynch, APC
> 505 Montgomery St., 7th Fl.
> San Francisco, CA 94111
> (415) 981-6630
> tlosavio@lowball.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00106 MMC MED　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 10, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00106 MMC MED                           - 2 -