**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**                                  **E-filing**

Date: APR 11 2008

C-08-0106-MMC (MED)

_GREGORY TALBOT_  v  _CORPORATE COLLECTION SERVICES_

Attorneys: _FELIPE PARKER_     _JEFFREY WHITELAW_

Deputy Clerk: **TRACY LUCERO**         Reporter: _NOT REPORTED_

**PROCEEDINGS:**                                            **RULING:**

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) _Initial_ Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 10/10/08.
Meet & Confer by 12/1/08. Joint statement due by 10/3/08.

(✓) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court ✓
(✓) Referred to ~~Magistrate~~ _Previously ADR_ For: MEDIATION
     (✓) By Court
(✓) CASE CONTINUED TO 10/10/08 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off  9/26/08           Expert Discovery Cut-Off  9/26/08

Plntf to Name Experts by  8/22/08    Deft to Name Experts by  8/22/08

P/T Conference Date  1/6/09 @ 3:00   Trial Date  1/20/09 @ 9:00   Set for 2-3 days
                  Type of Trial: (✓) Jury   ( ) Court
Notes: DEADLINE TO AMEND PLEADINGS IS 10/10/08.

(12 min)