ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 29, 2008

Felipe R Parker
Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
415 4841448

Andrew M. Steinheimer
Mark E. Ellis
Ellis Coleman Poirier LaVoie &
Steinheimer LLP
555 University Avenue
Suite 200 East
Sacramento, CA 95825
916-283-8820

Re:   Talbot v. Corporate Collection Services, Inc
      Case No. C 08-00106 MMC MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff to discuss the Mediation. We scheduled this for **Friday, June 6, 2008 at 1:00 p.m PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please contact me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator