Felipe R. Parker (SBN 246212)
The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:  415.484.1449
Fax:    415.294.2888
info@fparkerlaw.com

Attorney for Plaintiff
Gregory Talbot

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TALBOT,<br><br>            Plaintiff,<br><br>     v.<br><br>CORPORATE COLLECTION SERVICES, INC., et al.,<br><br>            Defendants. | CASE NO. CV 08 106 MMC<br><br>**JOINT STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side will bear its own costs and fees.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 22, 2008 | ELLIS, COLEMAN, POIRER, LAVOIE & STEINHEIMER, LLP |
| 3 | | |
| 4 | | |
| 5 | | Andrew Steinheimer |
| 6 | | Attorneys for Defendants<br>Corporate Collection Services, Inc. and |
| 7 | | Call Center Resources, Inc. |
| 8 | | |
| 9 | DATED: July 25, 2008 | LAW OFFICE OF FELIPE PARKER |
| 10 | | |
| 11 | | Felipe R. Parker |
| 12 | | Attorney for Plaintiff<br>Gregory Talbot |
| 13 | | |
| 14 | PURSUANT TO STIPULATION, **IT IS SO ORDERED** | |
| 15 | | |
| 16 | DATED: July___, 2008 | |
| 17 | | Honorable Maxine M. Chesney<br>United States District Judge |