Felipe R. Parker (SBN 246212)
The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:   415.484.1449
Fax:    415.294.2888
info@fparkerlaw.com

Attorney for Plaintiff
Gregory Talbot

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TALBOT,<br><br>             Plaintiff,<br><br>     v.<br><br>CORPORATE COLLECTION SERVICES, INC., et al.,<br><br>             Defendants. | CASE NO. CV 08 106 MMC<br><br>**JOINT STIPULATION OF DISMISSAL**; ORDER THEREON |
|---|---|

   IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side will bear its own costs and fees.

///

///

///

///

///

1
2  DATED: July 23, 2008                ELLIS, COLEMAN, POIRER, LAVOIE &
3                                      STEINHEIMER, LLP
4
5                                      _____
                                       Andrew Steinheimer
6                                      Attorneys for Defendants
                                       Corporate Collection Services, Inc. and
7                                      Call Center Resources, Inc.
8
9  DATED: July 25, 2008                LAW OFFICE OF FELIPE PARKER
10
                                       _____
11                                     Felipe R. Parker
12                                     Attorney for Plaintiff
                                       Gregory Talbot
13
14  PURSUANT TO STIPULATION, **IT IS SO ORDERED**
15
16  DATED: July 25, 2008                _____
17                                      Honorable Maxine M. Chesney
                                        United States District Judge
18

– Page 2 of 2 –
Talbot v. Corporate Collection Services, et al. (Case No. CV 08 00106 MMC)
**JOINT STIPULATION OF DISMISSAL**